## STATE EX REL. WILLIAM SAUM v. RALPH H. TAHASH.

152 N. W. (2d) 309.

July 14, 1967—No. 40,498.

*C. Paul Jones,* State Public Defender, and *Ronald L. Haskvitz,* Assistant State Public Defender, for appellant.

*Douglas M. Head,* Attorney General, *Gerard W. Snell,* Acting Solicitor General, and *David C. Weinberg,* Special Assistant Attorney General, for respondent, warden of State Prison.

PER CURIAM.
Reversed and remanded in accordance with our decisions in State ex rel. Roy v. Tahash, 277 Minn. 238, 152 N. W. (2d) 301, and State ex rel. Cable v. Tahash, 277 Minn. 503, 152 N. W. (2d) 308.